JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GAMA,<br><br>               Plaintiff,<br><br>   vs.<br><br>Carolyn W. Colvin, Commissioner of Social Security,<br><br>              Defendant. | CASE NO. CV 11-10377-MMM (AGR)<br><br>JUDGMENT |

    In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 30, 2013         _/s/ Margaret M. Morrow_
                                                  MARGARET M. MORROW
                                                United States District Judge