UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO GAMA, | CASE NO. 11-10377 MMM (AGR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion of the Ninth Circuit.

DATED: October 15, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
United States District Judge